# United States Bankruptcy Court
## Eastern District of Louisiana

### ORDER CONFIRMING CHAPTER 13 PLAN

| KENNETH LANSON  CHRISTI LANSON | Case #07-12291  Section A |
|---|---|

     Pursuant to a hearing held on Feb 26, 2008, the Court finds that the plan filed by the debtor(s) on Nov 20, 2007, complies with 11 U.S.C. §1325; therefore,

     **IT IS ORDERED, ADJUDGED AND DECREED:**

1. That the Plan is CONFIRMED and that the debtor(s) shall make payments to the Trustee and to any other parties in the amounts and under the terms as specified in the Plan.

2. That all proceeds from the sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtor(s) shall be turned over to the Trustee for administration.

3. That debtor(s) shall provide to the Trustee, at least every six months until the case is closed, a report on the status of any pending or potential lawsuit in which the debtor(s) is or may be a plaintiff.

4. All objections to confirmation are DENIED or were withdrawn on oral motion.

5. The value of debtor's non-exempt property available for distribution to unsecured non-priority claims at confirmation is $66,294.00 ("Liquidation Value").

6. Based on the Liquidation Value, the Plan of debtor(s) is amended, as a condition of discharge, to provide that debtor(s) must pay to unsecured non-priority claimants the lesser of: 1) the Liquidation Value plus interest accruing thereon at the rate of 6% per annum over the term of the Plan, or 2) the total of allowed unsecured non-priority claims plus interest accruing thereon at the rate of 6% per annum over the term of the Plan.

     New Orleans, Louisiana, March 4, 2008.

     Hon. Elizabeth W. Magner  
     U.S. Bankruptcy Judge